Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Benjamen Wilson** | : | Case No. 11−22727−GLT |
| **Shana Wilson** | : | Chapter: 13 |
| **fka Shana Priester** | : | |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | Related to Document No. 216 |
| | : | |
| v. | : | Hearing Date: 9/21/16 at 11:00 AM |
| **No Respondents** | : | |
| *Respondent(s).* | : | |
| | : | |

**ORDER SCHEDULING DATE**
**FOR RESPONSE AND HEARING ON MOTION**

   *AND NOW,* this *27th day of July, 2016*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 216 by the Chapter 13 Trustee,

   It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

   (1) *On or before September 12, 2016*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

   (2) This Motion is scheduled for hearing on *September 21, 2016 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

   (3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

   (4) Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing*.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                        Case No. 11-22727-GLT
Benjamen Wilson                                               Chapter 13
Shana Wilson
         Debtors                   CERTIFICATE OF NOTICE
District/off: 0315-2           User: dbas                    Page 1 of 3                    Date Rcvd: Jul 27, 2016
                               Form ID: 604                  Total Noticed: 54


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2016.
db/jdb       +Benjamen Wilson,    Shana Wilson,    178 Princeton Drive,    Aliquippa, PA 15001-1539
cr           +BANK OF AMERICA, N.A.,    2380 Performance dr,    Richardson, TX 75082-4333
cr           +Federal National Mortgage Association,    c/o Rosicki, Rosicki & Associates, P.C.,
               51 East Bethpage Road,    Plainview, NY 11803-4224
14253179     +BCAT2014-9TT,    Wilmington Savings Fund Society, FSB,    c/o Shellpoint Mortgage Servicing,
               PO Box 10826,    Greenville, SC 29603-0826
13051136      Bank of America Home Loan Servicing,    PO Box 15222,    Wilmington, DE 19886-5222
13721173     +Bank of America, N.A.,    7105 Corporate Drive,    Mail Code PTX-B-209,    Plano, TX 75024-4100
13051137     +Berkheimer Tax Administrator,    PO Box 995,   50 North Seventh Street,    Bangor, PA 18013-1731
13165429     +Berkheimer Tax Administrator, Agent for,    Raccoon Twp & Hopewell ASD,
               50 North Seventh Street,    Bangor, PA 18013-1731
13051138     +Best Buy,    HSBC Retail Services,    PO Box 12798,    Baltimore, MD 21217-5798
13051139      Boscov’s,    PO Box 17642,    Baltimore, MD 21297-1642
13051141    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court: Citi Mastercard,     Processing Center,    Des Moines, IA 50364-0001)
13091182      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
13051140      Chase Cardmember Services,    PO Box 15153,    Wilmington, DE 19886-5153
13926000     +Chrysler Capital,    P.O. Box 961275,    Fort Worth, TX 76161-0275
13051143      Clearview FCU Visa,    Customer Service,    PO Box 31112,    Tampa, FL 33631-3112
13142031      Duquesne Light Company,    c/o Bernstein Law Firm, P.C.,    Suite 2200, Gulf Tower,
               Pittsburgh, PA 15219
13533700      Federal National Mortgage Association,    c/o Seterus,    PO Box 4128,    Beaverton, OH 97076-4128
13051145      Frontier Trust,    PO Box 10399,    Fargo, ND 58106-0399
13051147    ++GREENTREE SERVICING LLC,    BANKRUPTCY DEPARTMENT,    P O BOX 6154,    RAPID CITY SD 57709-6154
             (address filed with court: Green Tree,     PO Box 94710,    Palatine, IL 60094-4710)
13051146      Gander Mountain,    PO Box 659569,    San Antonio, TX 78265-9569
13051148     +McCabe Weisberg & Conway P.C.,    123 South Broad Street,    Suite 2080,
               Philadelphia, PA 19109-1031
13051149      National Gypsum Company,    Retirement Service Center,    Mac-d 1118-026,
               1525 West WT Harris Boulevard,    Charlotte, NC 28262
14204073      Navient Solutions Inc.,    Department of Education Loan Services,    P.O. Box 9635,
               Wilkes-Barre, PA 18773-9635
13051150     +Samuel J. Pasquarelli, Esq.,    Sherrard German & Kelly P.C.,    28th Floor, PNC Plaza,
               620 Liberty Avenue,    Pittsburgh, PA 15222-2722
13051151     +Sharp Collections, Inc.,    114 N. Mercer Avenue,    PO Box 81,    Sharpsville, PA 16150-0081
13051153      Victoria’s Secret,    PO Box 659728,    San Antonio, TX 78265-9728
13069715      Wells Fargo Dealer Services,    P O Box 19657,    Irvine, CA 92623-9657
13051155      Wells Fargo Dealer Services,    PO Box 25341,    Santa Ana, CA 92799-5341
13062413     +Wells Fargo Financial National Bank,    4137 121st Street,    Urbandale IA 50323-2310
13051156      Wells Fargo Financial National Bank,    PO Box 660431,    Dallas, TX 75266-0431
13051157      Yamaha,    HSBC Retail Services,    PO Box 17602,    Baltimonre, MD 21297-1602

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/Text: bnc@bass-associates.com Jul 28 2016 01:42:51      Capital One, N.A.,
               Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,    Tucson, AZ 85712-1083
cr           +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 28 2016 02:20:08
               PRA Receivables Management, LLC,    P.O. Box 41067,    Norfolk, VA 23541-1067
cr            E-mail/PDF: rmscedi@recoverycorp.com Jul 28 2016 01:50:15
               Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
               Miami, FL 33131-1605
cr           +E-mail/Text: vci.bkcy@vwcredit.com Jul 28 2016 01:44:40      VW Credit, Inc.,    PO BOX 829009,
               Dallas, TX 75382-9009
13467440     +E-mail/Text: bnc@bass-associates.com Jul 28 2016 01:42:52      Capital One, N.A.,
               c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
13402343     +E-mail/Text: bnc@bass-associates.com Jul 28 2016 01:42:52      Capital One, N.A.,
               Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite 200,    Tucson AZ 85712-1083
13051142     +E-mail/Text: bankruptcy@clearviewfcu.org Jul 28 2016 01:44:17      Clearview FCU,
               8805 University Boulevard,    Moon Township, PA 15108-4212
13051144      E-mail/Text: mrdiscen@discover.com Jul 28 2016 01:42:59      Discover,    PO Box 71084,
               Charlotte, NC 28272-1084
13057293      E-mail/Text: mrdiscen@discover.com Jul 28 2016 01:42:59      Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
13433857      E-mail/PDF: gecsedi@recoverycorp.com Jul 28 2016 01:51:09      GE Capital Retail Bank,
               c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami, FL 33131-1605
13135079      E-mail/PDF: resurgentbknotifications@resurgent.com Jul 28 2016 01:50:44      GE Money Bank,
               c/o B-Line, LLC,    MS 550,    PO Box 91121,    Seattle, WA 98111-9221
13060277      E-mail/Text: bankruptcy.bnc@gt-cs.com Jul 28 2016 01:43:21
               Green Tree Consumer Discount Company,    PO BOX 0049,    Palatine, IL 60055-0049,
               Telephone number: 888-298-7785
13081908     +E-mail/Text: bnc@bass-associates.com Jul 28 2016 01:42:52      HSBC Bank Nevada, N.A.,
               Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite 200,    Tucson, AZ 85712-1083
13294224     +E-mail/Text: bknotice@ncmllc.com Jul 28 2016 01:44:47      National Capital Management, LLC.,
               8245 Tournament Drive,    Suite 230,    Memphis, TN 38125-1741
```

```
District/off: 0315-2          User: dbas                  Page 2 of 3                   Date Rcvd: Jul 27, 2016
                              Form ID: 604                Total Noticed: 54
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13273833       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 28 2016 02:22:07
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk VA 23541
13133844       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 28 2016 01:50:04
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13094892       E-mail/PDF: rmscedi@recoverycorp.com Jul 28 2016 01:50:15
                 Recovery Management Systems Corporation,     25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13051152       E-mail/Text: bnc@ursi.com Jul 28 2016 01:43:02      United Recovery Systems,    PO Box 722910,
                 Houston, TX 77272-2910
13080482       E-mail/Text: vci.bkcy@vwcredit.com Jul 28 2016 01:44:40      V W Credit, Inc.,    PO Box 829009,
                 Dallas, TX 75382-9009
13051154       E-mail/Text: vci.bkcy@vwcredit.com Jul 28 2016 01:44:40      Volkswagen Credit,    PO Box 17497,
                 Baltimore, MD 21297-1497
14046564      +E-mail/Text: Bankruptcy@wsfsbank.com Jul 28 2016 01:45:53
                 Wilmington Savings Fund Society, FSB,    500 Delaware Avenue, 11th Floor,
                 Wilmington, Delaware 19801-7405
13118588       E-mail/Text: bnc-quantum@quantum3group.com Jul 28 2016 01:43:32
                 World Financial Network National Bank,    Quantum3 Group LLC,    PO Box 788,
                 Kirkland, WA   98083-0788
13618534      +E-mail/Text: bnc@bass-associates.com Jul 28 2016 01:42:52       eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,    Tucson, AZ 85712-1083
                                                                                              TOTAL: 23

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             BAC HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOM
cr             Duquesne Light Company
cr             Shellpoint Mortgage Servicing
cr             WILMINGTON SAVINGS FUND SOCIETY, FSB, doing busine
13082510       BAC Home Loans Servicing, LP fka Countrywide Home
cr*           +HSBC Bank Nevada, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite 200,
                 Tucson, AZ 85712-1083
cr*           +National Capital Management, LLC,    8245 Tournament Drive,    Suite 230,
                 Memphis, TN 38125-1741
cr*           +eCAST Settlement Corporation,    c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,
                 TUCSON, AZ 85712-1083
                                                                                   TOTALS: 5, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 27, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business
               as CHRISTIANA TRUST, not in its individual capacity but solely as legal title Trustee for BCAT
               2014-9TT agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Ann E. Swartz    on behalf of Creditor    BANK OF AMERICA, N.A. ecfmail@mwc-law.com
              J. Philip Colavincenzo    on behalf of Joint Debtor Shana  Wilson
               colavincenzolaw@verizon.net;colavincenzolawoffice@yahoo.com
              J. Philip Colavincenzo    on behalf of Debtor Benjamen  Wilson
               colavincenzolaw@verizon.net;colavincenzolawoffice@yahoo.com
              Margaret  Gairo    on behalf of Creditor    BAC HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME
               LOANS SERVICING LP. ecfmail@mwc-law.com
              Martin A. Mooney    on behalf of Creditor    VW Credit, Inc. tshariff@schillerknapp.com,
               tshariff@ecf.courtdrive.com;kcollins@schillerknapp.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
```

```
District/off: 0315-2          User: dbas              Page 3 of 3          Date Rcvd: Jul 27, 2016
                              Form ID: 604            Total Noticed: 54
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

        TOTAL: 9