**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>BENJAMEN WILSON<br>SHANA WILSON<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　Chapter 13 Trustee,<br>　　　　Movant<br>　　　vs.<br>No Repondents. | Case No.:11-22727<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  **Wherefore**, the Trustee requests that the Court,

  1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
  2. Approve the Trustee's Report of Receipts and Disbursements,
  3. Terminate wage attachments,
  4. Revest property of the estate in the debtor(s), and
  5. Enter a final decree and close this case.

July 26, 2016

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 04/29/2011 and confirmed on 10/21/11. The case was subsequently    Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 154,943.43 |
| Less Refunds to Debtor | 8,829.27 | |
| TOTAL AMOUNT OF PLAN FUND | | 146,114.16 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 1,500.00 | |
|    Trustee Fee | 5,291.19 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,791.19 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   WILMINGTON SAVINGS FUND SOCIETY I | 0.00 | 68,410.47 | 0.00 | 68,410.47 |
|     Acct: 8566 | | | | |
|   GREEN TREE CONSUMER DISC CO | 0.00 | 12,891.66 | 0.00 | 12,891.66 |
|     Acct: 2609 | | | | |
|   WILMINGTON SAVINGS FUND SOCIETY I | 6,224.81 | 6,224.81 | 0.00 | 6,224.81 |
|     Acct: 8566 | | | | |
|   FRONTIER TRUST | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5187 | | | | |
|   NATIONAL GYPSUM COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0031 | | | | |
|   ECAST SETTLEMENT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1738 | | | | |
|   VW CREDIT INC | 4,024.60 | 4,024.60 | 667.26 | 4,691.86 |
|     Acct: 4189 | | | | |
|   WELLS FARGO DEALER SVCS INC | 25,867.55 | 25,867.55 | 4,934.90 | 30,802.45 |
|     Acct: XXXX8155 | | | | |
| | | | | 123,021.25 |
| **Priority** | | | | |
|   J PHILIP COLAVINCENZO ESQ | 1,500.00 | 1,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BENJAMEN WILSON | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BENJAMEN WILSON | 8,829.27 | 8,829.27 | 0.00 | 0.00 |
|     Acct: | | | | |
|   HOPEWELL ASD & RACCOON TWP (EIT) | 1,469.21 | 1,469.21 | 0.00 | 1,469.21 |
|     Acct: XXXXXXXXXXX3-04 | | | | |
|   SHARP COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXX2-04 | | | | |
|   SANTANDER CONSUMER USA D/B/A CHF | 0.00 | 10,388.48 | 0.00 | 10,388.48 |
|     Acct: XXXXXXXXXXXXCONF | | | | |
| | | | | 11,857.69 |
| **Unsecured** | | | | |
|   DUQUESNE LIGHT COMPANY(*) | 171.31 | 26.30 | 0.00 | 26.30 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 7004 | | | | |
| ECAST SETTLEMENT CORP | 2,964.24 | 455.01 | 0.00 | 455.01 |
| Acct: 1738 | | | | |
| BOSCOV'S | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXX8949 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - | 3,142.23 | 482.33 | 0.00 | 482.33 |
| Acct: 0570 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 3,644.00 | 559.36 | 0.00 | 559.36 |
| Acct: 2769 | | | | |
| CLEARVIEW FCU** | 830.40 | 127.47 | 0.00 | 127.47 |
| Acct: 5/10 | | | | |
| CLEARVIEW FCU** | 1,000.00 | 153.50 | 0.00 | 153.50 |
| Acct: 0/10 | | | | |
| CLEARVIEW FCU** | 20.81 | 3.19 | 0.00 | 3.19 |
| Acct: 80/1 | | | | |
| CLEARVIEW FCU** | 4,030.85 | 618.74 | 0.00 | 618.74 |
| Acct: 80/G | | | | |
| CLEARVIEW FCU** | 4,630.75 | 710.82 | 0.00 | 710.82 |
| Acct: 75/C | | | | |
| DISCOVER BANK(*) | 2,561.89 | 393.26 | 0.00 | 393.26 |
| Acct: 1095 | | | | |
| WORLD FINANCIAL NETWORK NB | 1,649.71 | 253.23 | 0.00 | 253.23 |
| Acct: 8517 | | | | |
| WORLD FINANCIAL NETWORK NB | 1,015.23 | 155.84 | 0.00 | 155.84 |
| Acct: 2103 | | | | |
| WELLS FARGO FINANCIAL BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXX4454 | | | | |
| ECAST SETTLEMENT CORP | 1,579.59 | 242.47 | 0.00 | 242.47 |
| Acct: 9216 | | | | |
| WELLS FARGO FINANCIAL | 1,710.16 | 262.51 | 0.00 | 262.51 |
| Acct: XXXXX2116 | | | | |
| NATIONAL CAPITAL MANAGEMENT LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GE CAPITAL RETAIL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5767 | | | | |
| NAVIENT SOLUTIONS INC O/B/O DEPART | 47,148.72 | 0.00 | 0.00 | 0.00 |
| Acct: 5187 | | | | |
| ANDREW F GORNALL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 4,444.03 |

| | | |
|---|---|---:|
| TOTAL PAID TO CREDITORS | | 139,322.97 |

| TOTAL | |
|---|---:|
| CLAIMED | 1,469.21 |
| PRIORITY | 36,116.96 |
| SECURED | 76,099.89 |

Date: 07/26/2016

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    BENJAMEN WILSON<br>    SHANA WILSON<br>        Debtor(s)<br><br>    Ronda J. Winnecour<br>        Movant<br>        vs.<br>    No Repondents. | Case No.:11-22727<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

   AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                      BY THE COURT:

                                                      _____
                                                      U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 11-22727-GLT
Benjamen Wilson                                                       Chapter 13
Shana Wilson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: dbas              Page 1 of 3          Date Rcvd: Jul 27, 2016
                             Form ID: pdf900         Total Noticed: 54

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2016.
```
db/jdb     +Benjamen Wilson,    Shana Wilson,    178 Princeton Drive,    Aliquippa, PA 15001-1539
cr         +BANK OF AMERICA, N.A.,    2380 Performance dr,    Richardson, TX 75082-4333
cr         +Federal National Mortgage Association,    c/o Rosicki, Rosicki & Associates, P.C.,
             51 East Bethpage Road,    Plainview, NY 11803-4224
14253179   +BCAT2014-9TT,    Wilmington Savings Fund Society, FSB,    c/o Shellpoint Mortgage Servicing,
             PO Box 10826,    Greenville, SC 29603-0826
13051136    Bank of America Home Loan Servicing,    PO Box 15222,    Wilmington, DE 19886-5222
13721173   +Bank of America, N.A.,    7105 Corporate Drive,    Mail Code PTX-B-209,    Plano, TX 75024-4100
13051137   +Berkheimer Tax Administrator,    PO Box 995,    50 North Seventh Street,    Bangor, PA 18013-1731
13165429   +Berkheimer Tax Administrator, Agent for,    Raccoon Twp & Hopewell ASD,
             50 North Seventh Street,    Bangor, PA 18013-1731
13051138   +Best Buy,    HSBC Retail Services,    PO Box 12798,    Baltimore, MD 21217-5798
13051139    Boscov’s,    PO Box 17642,    Baltimore, MD 21297-1642
13051141   ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
           (address filed with court: Citi Mastercard,    Processing Center,    Des Moines, IA 50364-0001)
13091182    Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
13051140    Chase Cardmember Services,    PO Box 15153,    Wilmington, DE 19886-5153
13926000   +Chrysler Capital,    P.O. Box 961275,    Fort Worth, TX 76161-0275
13051143    Clearview FCU Visa,    Customer Service,    PO Box 31112,    Tampa, FL 33631-3112
13142031    Duquesne Light Company,    c/o Bernstein Law Firm, P.C.,    Suite 2200, Gulf Tower,
             Pittsburgh, PA 15219
13533700    Federal National Mortgage Association,    c/o Seterus,    PO Box 4128,    Beaverton, OH 97076-4128
13051145    Frontier Trust,    PO Box 10399,    Fargo, ND 58106-0399
13051147   ++GREENTREE SERVICING LLC,    BANKRUPTCY DEPARTMENT,    P O BOX 6154,    RAPID CITY SD 57709-6154
           (address filed with court: Green Tree,    PO Box 94710,    Palatine, IL 60094-4710)
13051146    Gander Mountain,    PO Box 659569,    San Antonio, TX 78265-9569
13051148   +McCabe Weisberg & Conway P.C.,    123 South Broad Street,    Suite 2080,
             Philadelphia, PA 19109-1031
13051149    National Gypsum Company,    Retirement Service Center,    Mac-d 1118-026,
             1525 West WT Harris Boulevard,    Charlotte, NC 28262
14204073    Navient Solutions Inc.,    Department of Education Loan Services,    P.O. Box 9635,
             Wilkes-Barre, PA 18773-9635
13051150   +Samuel J. Pasquarelli, Esq.,    Sherrard German & Kelly P.C.,    28th Floor, PNC Plaza,
             620 Liberty Avenue,    Pittsburgh, PA 15222-2722
13051151   +Sharp Collections, Inc.,    114 N. Mercer Avenue,    PO Box 81,    Sharpsville, PA 16150-0081
13051153    Victoria’s Secret,    PO Box 659728,    San Antonio, TX 78265-9728
13069715    Wells Fargo Dealer Services,    P O Box 19657,    Irvine, CA 92623-9657
13051155    Wells Fargo Dealer Services,    PO Box 25341,    Santa Ana, CA 92799-5341
13062413   +Wells Fargo Financial National Bank,    4137 121st Street,    Urbandale IA 50323-2310
13051156    Wells Fargo Financial National Bank,    PO Box 660431,    Dallas, TX 75266-0431
13051157    Yamaha,    HSBC Retail Services,    PO Box 17602,    Baltimonre, MD 21297-1602
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr         +E-mail/Text: bnc@bass-associates.com Jul 28 2016 01:42:52     Capital One, N.A.,
             Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,    Tucson, AZ 85712-1083
cr         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 28 2016 02:20:09
             PRA Receivables Management, LLC,    P.O. Box 41067,    Norfolk, VA 23541-1067
cr          E-mail/PDF: rmscedi@recoverycorp.com Jul 28 2016 01:50:17
             Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
             Miami, FL 33131-1605
cr         +E-mail/Text: vci.bkcy@vwcredit.com Jul 28 2016 01:44:40     VW Credit, Inc.,    PO BOX 829009,
             Dallas, TX 75382-9009
13467440   +E-mail/Text: bnc@bass-associates.com Jul 28 2016 01:42:53     Capital One, N.A.,
             c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
13402343   +E-mail/Text: bnc@bass-associates.com Jul 28 2016 01:42:52     Capital One, N.A.,
             Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite 200,    Tucson AZ 85712-1083
13051142   +E-mail/Text: bankruptcy@clearviewfcu.org Jul 28 2016 01:44:17     Clearview FCU,
             8805 University Boulevard,    Moon Township, PA 15108-4212
13051144    E-mail/Text: mrdiscen@discover.com Jul 28 2016 01:42:59     Discover,    PO Box 71084,
             Charlotte, NC 28272-1084
13057293    E-mail/Text: mrdiscen@discover.com Jul 28 2016 01:42:59     Discover Bank,
             DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
13433857    E-mail/PDF: gecsedi@recoverycorp.com Jul 28 2016 01:51:10     GE Capital Retail Bank,
             c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami, FL 33131-1605
13135079    E-mail/PDF: resurgentbknotifications@resurgent.com Jul 28 2016 01:51:58     GE Money Bank,
             c/o B-Line, LLC,    MS 550,    PO Box 91121,    Seattle, WA 98111-9221
13060277    E-mail/Text: bankruptcy.bnc@gt-cs.com Jul 28 2016 01:43:21
             Green Tree Consumer Discount Company,    PO BOX 0049,    Palatine, IL 60055-0049,
             Telephone number: 888-298-7785
13081908   +E-mail/Text: bnc@bass-associates.com Jul 28 2016 01:42:53     HSBC Bank Nevada, N.A.,
             Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite 200,    Tucson, AZ 85712-1083
13294224   +E-mail/Text: bknotice@ncmllc.com Jul 28 2016 01:44:48     National Capital Management, LLC.,
             8245 Tournament Drive,    Suite 230,    Memphis, TN 38125-1741
```

```
District/off: 0315-2          User: dbas                  Page 2 of 3                  Date Rcvd: Jul 27, 2016
                              Form ID: pdf900             Total Noticed: 54
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13273833       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 28 2016 02:22:09
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk VA 23541
13133844       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 28 2016 01:50:06
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13094892       E-mail/PDF: rmscedi@recoverycorp.com Jul 28 2016 01:50:16
                 Recovery Management Systems Corporation,     25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13051152       E-mail/Text: bnc@ursi.com Jul 28 2016 01:43:02      United Recovery Systems,    PO Box 722910,
                 Houston, TX 77272-2910
13080482       E-mail/Text: vci.bkcy@vwcredit.com Jul 28 2016 01:44:40      V W Credit, Inc.,    PO Box 829009,
                 Dallas, TX 75382-9009
13051154       E-mail/Text: vci.bkcy@vwcredit.com Jul 28 2016 01:44:40      Volkswagen Credit,    PO Box 17497,
                 Baltimore, MD 21297-1497
14046564      +E-mail/Text: Bankruptcy@wsfsbank.com Jul 28 2016 01:45:53
                 Wilmington Savings Fund Society, FSB,    500 Delaware Avenue, 11th Floor,
                 Wilmington, Delaware 19801-7405
13118588       E-mail/Text: bnc-quantum@quantum3group.com Jul 28 2016 01:43:34
                 World Financial Network National Bank,    Quantum3 Group LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
13618534      +E-mail/Text: bnc@bass-associates.com Jul 28 2016 01:42:53       eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,    Tucson, AZ 85712-1083
                                                                                              TOTAL: 23

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BAC HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOM
cr              Duquesne Light Company
cr              Shellpoint Mortgage Servicing
cr              WILMINGTON SAVINGS FUND SOCIETY, FSB, doing busine
13082510        BAC Home Loans Servicing, LP fka Countrywide Home
cr*            +HSBC Bank Nevada, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite 200,
                 Tucson, AZ 85712-1083
cr*            +National Capital Management, LLC,    8245 Tournament Drive,    Suite 230,
                 Memphis, TN 38125-1741
cr*            +eCAST Settlement Corporation,    c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,
                 TUCSON, AZ 85712-1083
                                                                                   TOTALS: 5, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2016                                       Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 26, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business
               as CHRISTIANA TRUST, not in its individual capacity but solely as legal title Trustee for BCAT
               2014-9TT agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Ann E. Swartz    on behalf of Creditor    BANK OF AMERICA, N.A. ecfmail@mwc-law.com
              J. Philip Colavincenzo    on behalf of Joint Debtor Shana  Wilson
               colavincenzolaw@verizon.net;colavincenzolawoffice@yahoo.com
              J. Philip Colavincenzo    on behalf of Debtor Benjamen  Wilson
               colavincenzolaw@verizon.net;colavincenzolawoffice@yahoo.com
              Margaret  Gairo    on behalf of Creditor    BAC HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME
               LOANS SERVICING LP. ecfmail@mwc-law.com
              Martin A. Mooney    on behalf of Creditor    VW Credit, Inc. tshariff@schillerknapp.com,
               tshariff@ecf.courtdrive.com;kcollins@schillerknapp.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
```

```
District/off: 0315-2          User: dbas              Page 3 of 3              Date Rcvd: Jul 27, 2016
                              Form ID: pdf900         Total Noticed: 54
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                                                                              TOTAL: 9