Form 237

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Benjamen Wilson** | : | Case No. 11−22727−GLT |
| **Shana Wilson** | : | Chapter: 13 |
| **fka Shana Priester** | : | |
| *Debtor(s)* | : | |
| | : | |
| WILMINGTON SAVINGS FUND SOCIETY, | : | Related to Claim No. 13 |
| FSB, doing business as CHRISTIANA TRUST, | : | |
| not in its individual capacity but solely as Trustee | : | |
| for BCAT 2014−9TT | : | |
| *Movant,* | : | |
| | : | |
| v. | : | |
| Benjamen Wilson | : | |
| Shana Wilson | : | |
| fka Shana Priester | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| *Respondent.* | : | |

## **ORDER**

        **AND NOW**, this **12th day of August, 2016,** upon consideration of the ***NOTICE OF MORTGAGE PAYMENT CHANGE*** filed by ***WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT 2014−9TT*** at Claim No. 13 in the above−captioned bankruptcy case,

        It is hereby **ORDERED** that *on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change* was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

(1) an ***AMENDED CHAPTER 13 PLAN;***

(2) a ***DECLARATION*** that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

(3) an ***OBJECTION*** to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

        *The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 11-22727-GLT
Benjamen Wilson                                                       Chapter 13
Shana Wilson
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: mgut              Page 1 of 1             Date Rcvd: Aug 12, 2016
                              Form ID: 237            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 14, 2016.
db/jdb         +Benjamen Wilson,   Shana Wilson,   178 Princeton Drive,   Aliquippa, PA 15001-1539
14253179       +BCAT2014-9TT,   Wilmington Savings Fund Society, FSB,   c/o Shellpoint Mortgage Servicing,
                 PO Box 10826,   Greenville, SC 29603-0826

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 12, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business
               as CHRISTIANA TRUST, not in its individual capacity but solely as legal title Trustee for BCAT
               2014-9TT agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Ann E. Swartz    on behalf of Creditor    BANK OF AMERICA, N.A. ecfmail@mwc-law.com
              J. Philip Colavincenzo    on behalf of Joint Debtor Shana   Wilson
               colavincenzolaw@verizon.net;colavincenzolawoffice@yahoo.com
              J. Philip Colavincenzo    on behalf of Debtor Benjamen  Wilson
               colavincenzolaw@verizon.net;colavincenzolawoffice@yahoo.com
              Margaret  Gairo    on behalf of Creditor    BAC HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME
               LOANS SERVICING LP. ecfmail@mwc-law.com
              Martin A. Mooney    on behalf of Creditor    VW Credit, Inc. tshariff@schillerknapp.com,
               tshariff@ecf.courtdrive.com;kcollins@schillerknapp.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 9