UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Benjamen Wilson, Shana Wilson fka Shana Priester, | : | Bankruptcy Case No. 11-22727-GLT |
| Debtors, | : | |
| | : | Chapter 13 |
| Wilmington Savings Fund Society, FSB, doing business as | : | |
| Christiana Trust, not in its individual capacity but solely as | : | Related to Claim No. 13 |
| Trustee for BCAT 2014-9TT, | : | |
| Movants, | : | |
| | : | |
| Benjamen Wilson, Shana Wilson fka Shana Priester, | : | |
| (Debtor) | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| Respondents | : | |

DECLARATION

NOW COMES, the Debtors by their undersigned attorney, J. Philip Colavincenzo, and file the following Declaration and in support thereof aver as follows:

1. By Order of Court dated August 12, 2016, Debtors were directed to file Amended Plan, Declaration, or Objection related to change of mortgage payment amount in reference to Debtors' Chapter 13 plan.

2. The mortgage payment has been changed to $1,076.29 per month.

3. On July 26, 2016, at Docket No. 216, the Trustee recommended that the Court treat this Chapter 13 case as complete.

4. Debtors' current Chapter 13 plan has been completed and Debtors are now paying this debt outside of the Bankruptcy Court. Therefore, Debtors will not be filing an Amended plan or an Objection.

By:    S/J. Philip Colavincenzo
J. Philip Colavincenzo
255 College Avenue
Beaver, PA 15009
(724) 775-8550
PA I.D. 17270