**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Benjamen Wilson** | Social Security number or ITIN **xxx–xx–0031** |
| | First Name    Middle Name    Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Shana Wilson** | Social Security number or ITIN **xxx–xx–5187** |
| | First Name    Middle Name    Last Name | EIN _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **11–22727–GLT**

# Order of Discharge                                                                                                       12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Benjamen Wilson                                              Shana Wilson
                                                             fka Shana Priester

_9/13/16_                              **By the court:**    Gregory L. Taddonio
                                                             United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

  ♦ debts that are domestic support obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                            Case No. 11-22727-GLT
Benjamen Wilson                                                   Chapter 13
Shana Wilson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: mgut              Page 1 of 3            Date Rcvd: Sep 13, 2016
                            Form ID: 3180W          Total Noticed: 56

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2016.
```
db/jdb        +Benjamen Wilson,   Shana Wilson,   178 Princeton Drive,   Aliquippa, PA 15001-1539
cr            +Federal National Mortgage Association,   c/o Rosicki, Rosicki & Associates, P.C.,
                51 East Bethpage Road,   Plainview, NY 11803-4224
14253179      +BCAT2014-9TT,   Wilmington Savings Fund Society, FSB,   c/o Shellpoint Mortgage Servicing,
                PO Box 10826,   Greenville, SC 29603-0826
13051137      +Berkheimer Tax Administrator,   PO Box 995,   50 North Seventh Street,   Bangor, PA 18013-1731
13165429      +Berkheimer Tax Administrator, Agent for,   Raccoon Twp & Hopewell ASD,
                50 North Seventh Street,   Bangor, PA 18013-1731
13051138      +Best Buy,  HSBC Retail Services,   PO Box 12798,   Baltimore, MD 21217-5798
13051141     ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
              (address filed with court: Citi Mastercard,   Processing Center,   Des Moines, IA 50364-0001)
13051143       Clearview FCU Visa,   Customer Service,   PO Box 31112,   Tampa, FL 33631-3112
13142031       Duquesne Light Company,   c/o Bernstein Law Firm, P.C.,   Suite 2200, Gulf Tower,
                Pittsburgh, PA  15219
13533700       Federal National Mortgage Association,   c/o Seterus,   PO Box 4128,   Beaverton, OH 97076-4128
13051145       Frontier Trust,   PO Box 10399,   Fargo, ND 58106-0399
13051147     ++GREENTREE SERVICING LLC,   BANKRUPTCY DEPARTMENT,   P O BOX 6154,   RAPID CITY SD 57709-6154
              (address filed with court: Green Tree,   PO Box 94710,   Palatine, IL 60094-4710)
13051148      +McCabe Weisberg & Conway P.C.,   123 South Broad Street,   Suite 2080,
                Philadelphia, PA 19109-1031
13051149       National Gypsum Company,   Retirement Service Center,   Mac-d 1118-026,
                1525 West WT Harris Boulevard,   Charlotte, NC 28262
14204073       Navient Solutions Inc.,   Department of Education Loan Services,   P.O. Box 9635,
                Wilkes-Barre, PA 18773-9635
13051150      +Samuel J. Pasquarelli, Esq.,   Sherrard German & Kelly P.C.,   28th Floor, PNC Plaza,
                620 Liberty Avenue,   Pittsburgh, PA 15222-2722
13051151      +Sharp Collections, Inc.,   114 N. Mercer Avenue,   PO Box 81,   Sharpsville, PA 16150-0081
13618534       eCast Settlement Corporation,   PO Box 28136,   New York, NY 10087-8136
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 14 2016 01:46:57      Pennsylvania Dept. of Revenue,
                Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                Harrisburg, PA  17128-0946
cr            +EDI: BANKAMER.COM Sep 14 2016 01:38:00      BANK OF AMERICA, N.A.,   2380 Performance dr,
                Richardson, TX 75082-4333
cr            +EDI: BASSASSOC.COM Sep 14 2016 01:38:00      Capital One, N.A.,   Bass & Associates, P.C.,
                3936 E. Ft. Lowell Rd, Suite #200,   Tucson, AZ 85712-1083
cr            +EDI: PRA.COM Sep 14 2016 01:38:00      PRA Receivables Management, LLC,   P.O. Box 41067,
                Norfolk, VA 23541-1067
cr             EDI: RECOVERYCORP.COM Sep 14 2016 01:38:00      Recovery Management Systems Corporation,
                25 S.E. Second Avenue,   Suite 1120,   Miami, FL  33131-1605
cr            +E-mail/Text: vci.bkcy@vwcredit.com Sep 14 2016 01:47:13      VW Credit, Inc.,   PO BOX 829009,
                Dallas, TX 75382-9009
cr             EDI: BASSASSOC.COM Sep 14 2016 01:38:00      eCAST Settlement Corporation,
                c/o Bass & Associates, P.C.,   3936 E Ft. Lowell, Suite 200,   TUCSON, AZ 85712-1083
13051136       EDI: BANKAMER.COM Sep 14 2016 01:38:00      Bank of America Home Loan Servicing,   PO Box 15222,
                Wilmington, DE 19886-5222
13721173      +EDI: BANKAMER.COM Sep 14 2016 01:38:00      Bank of America, N.A.,   7105 Corporate Drive,
                Mail Code PTX-B-209,   Plano, TX 75024-4100
13051139       EDI: HFC.COM Sep 14 2016 01:38:00      Boscov's,   PO Box 17642,   Baltimore, MD 21297-1642
13467440      +EDI: BASSASSOC.COM Sep 14 2016 01:38:00      Capital One, N.A.,   c/o Bass & Associates, P.C.,
                3936 E. Ft. Lowell Road, Suite #200,   Tucson, AZ 85712-1083
13402343      +EDI: BASSASSOC.COM Sep 14 2016 01:38:00      Capital One, N.A.,   Bass & Associates, P.C.,
                3936 E. Ft. Lowell Rd., Suite 200,   Tucson AZ 85712-1083
13091182       EDI: CHASE.COM Sep 14 2016 01:38:00      Chase Bank USA, N.A.,   PO Box 15145,
                Wilmington, DE 19850-5145
13051140       EDI: CHASE.COM Sep 14 2016 01:38:00      Chase Cardmember Services,   PO Box 15153,
                Wilmington, DE 19886-5153
13926000      +EDI: CHRM.COM Sep 14 2016 01:38:00      Chrysler Capital,   P.O. Box 961275,
                Fort Worth, TX 76161-0275
13051142      +E-mail/Text: bankruptcy@clearviewfcu.org Sep 14 2016 01:47:07      Clearview FCU,
                8805 University Boulevard,   Moon Township, PA 15108-4212
13051144       EDI: DISCOVER.COM Sep 14 2016 01:38:00      Discover,   PO Box 71084,   Charlotte, NC 28272-1084
13057293       EDI: DISCOVER.COM Sep 14 2016 01:38:00      Discover Bank,   DB Servicing Corporation,
                PO Box 3025,   New Albany, OH  43054-3025
13433857       EDI: RMSC.COM Sep 14 2016 01:38:00      GE Capital Retail Bank,
                c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami, FL 33131-1605
13135079       EDI: RESURGENT.COM Sep 14 2016 01:38:00      GE Money Bank,   c/o B-Line, LLC,   MS 550,
                PO Box 91121,   Seattle, WA 98111-9221
13051146       EDI: WFNNB.COM Sep 14 2016 01:38:00      Gander Mountain,   PO Box 659569,
                San Antonio, TX 78265-9569
```

```
District/off: 0315-2          User: mgut                   Page 2 of 3                   Date Rcvd: Sep 13, 2016
                              Form ID: 3180W               Total Noticed: 56
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
13060277        +E-mail/Text: bankruptcy.bnc@ditech.com Sep 14 2016 01:46:43
                  Green Tree Consumer Discount Company,    PO BOX 0049,    Palatine, IL 60055-0049,
                  Telephone number 60055-0049
13081908        +EDI: BASSASSOC.COM Sep 14 2016 01:38:00      HSBC Bank Nevada, N.A.,    Bass & Associates, P.C.,
                  3936 E. Ft. Lowell Rd, Suite 200,    Tucson, AZ 85712-1083
13294224        +E-mail/Text: bknotice@ncmllc.com Sep 14 2016 01:47:16      National Capital Management, LLC.,
                  8245 Tournament Drive,    Suite 230,    Memphis, TN 38125-1741
13273833         EDI: PRA.COM Sep 14 2016 01:38:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
                  Norfolk VA 23541
13133844         EDI: PRA.COM Sep 14 2016 01:38:00      Portfolio Recovery Associates, LLC,    POB 12914,
                  Norfolk VA 23541
13094892         EDI: RECOVERYCORP.COM Sep 14 2016 01:38:00       Recovery Management Systems Corporation,
                  25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
13051152         EDI: URSI.COM Sep 14 2016 01:38:00      United Recovery Systems,    PO Box 722910,
                  Houston, TX 77272-2910
13080482         E-mail/Text: vci.bkcy@vwcredit.com Sep 14 2016 01:47:13      V W Credit, Inc.,    PO Box 829009,
                  Dallas, TX 75382-9009
13051153         EDI: WFNNB.COM Sep 14 2016 01:38:00      Victoria's Secret,    PO Box 659728,
                  San Antonio, TX 78265-9728
13051154         E-mail/Text: vci.bkcy@vwcredit.com Sep 14 2016 01:47:13      Volkswagen Credit,    PO Box 17497,
                  Baltimore, MD 21297-1497
13069715         EDI: WFFC.COM Sep 14 2016 01:38:00      Wells Fargo Dealer Services,    P O Box 19657,
                  Irvine, CA  92623-9657
13051155         EDI: WFFC.COM Sep 14 2016 01:38:00      Wells Fargo Dealer Services,    PO Box 25341,
                  Santa Ana, CA 92799-5341
13051156         EDI: WFFC.COM Sep 14 2016 01:38:00      Wells Fargo Financial National Bank,    PO Box 660431,
                  Dallas, TX 75266-0431
13062413        +EDI: WFFC.COM Sep 14 2016 01:38:00      Wells Fargo Financial National Bank,    4137 121st Street,
                  Urbandale IA 50323-2310
14046564        +E-mail/Text: Bankruptcy@wsfsbank.com Sep 14 2016 01:47:40
                  Wilmington Savings Fund Society, FSB,    500 Delaware Avenue, 11th Floor,
                  Wilmington, Delaware 19801-7405
13118588         EDI: Q3G.COM Sep 14 2016 01:38:00      World Financial Network National Bank,
                  Quantum3 Group LLC,    PO Box 788,    Kirkland, WA  98083-0788
13051157         EDI: HFC.COM Sep 14 2016 01:38:00      Yamaha,    HSBC Retail Services,    PO Box 17602,
                  Baltimonre, MD 21297-1602
                                                                                               TOTAL: 38

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BAC HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOM
cr              Duquesne Light Company
cr              Shellpoint Mortgage Servicing
cr              WILMINGTON SAVINGS FUND SOCIETY, FSB, doing busine
13082510        BAC Home Loans Servicing, LP fka Countrywide Home
cr*            +HSBC Bank Nevada, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite 200,
                  Tucson, AZ 85712-1083
cr*            +National Capital Management, LLC,    8245 Tournament Drive,    Suite 230,
                  Memphis, TN 38125-1741
                                                                                               TOTALS: 5, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2016                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-2          User: mgut                Page 3 of 3                   Date Rcvd: Sep 13, 2016
                              Form ID: 3180W            Total Noticed: 56
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2016 at the address(es) listed below:

        Andrew F Gornall    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business
         as CHRISTIANA TRUST, not in its individual capacity but solely as legal title Trustee for BCAT
         2014-9TT agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
        Ann E. Swartz    on behalf of Creditor    BANK OF AMERICA, N.A. ecfmail@mwc-law.com
        J. Philip Colavincenzo    on behalf of Joint Debtor Shana  Wilson
         colavincenzolaw@verizon.net;colavincenzolawoffice@yahoo.com
        J. Philip Colavincenzo    on behalf of Debtor Benjamen  Wilson
         colavincenzolaw@verizon.net;colavincenzolawoffice@yahoo.com
        Margaret  Gairo    on behalf of Creditor    BAC HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME
         LOANS SERVICING LP. ecfmail@mwc-law.com
        Martin A. Mooney    on behalf of Creditor    VW Credit, Inc. tshariff@schillerknapp.com,
         tshariff@ecf.courtdrive.com;kcollins@schillerknapp.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
         ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
         rive.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                                                                                      TOTAL: 9