**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

BENJAMEN WILSON
SHANA WILSON
    Debtor(s)

Case No.:11-22727 GLT

Ronda J. Winnecour
    Movant
vs.
No Repondents.

Document No.:

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 04/29/2011 and confirmed on 10/21/2011. The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 155,113.12 |
| Less Refunds to Debtor | 8,998.96 | |
| TOTAL AMOUNT OF PLAN FUND | | 146,114.16 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 1,500.00 | |
|     Trustee Fee | 5,291.19 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,791.19 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   WILMINGTON SAVINGS FUND SOCIETY FS | 0.00 | 68,410.47 | 0.00 | 68,410.47 |
|     Acct: 8566 | | | | |
|   GREEN TREE CONSUMER DISC CO | 0.00 | 12,891.66 | 0.00 | 12,891.66 |
|     Acct: 2609 | | | | |
|   WILMINGTON SAVINGS FUND SOCIETY FS | 6,224.81 | 6,224.81 | 0.00 | 6,224.81 |
|     Acct: 8566 | | | | |
|   FRONTIER TRUST | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5187 | | | | |
|   NATIONAL GYPSUM COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0031 | | | | |
|   ECAST SETTLEMENT CORP** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1738 | | | | |
|   VW CREDIT INC | 4,024.60 | 4,024.60 | 667.26 | 4,691.86 |
|     Acct: 4189 | | | | |
|   WELLS FARGO DEALER SVCS INC | 25,867.55 | 25,867.55 | 4,934.90 | 30,802.45 |
|     Acct: XXXX8155 | | | | |
| | | | | 123,021.25 |

Priority

| 11-22727 GLT | TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| J PHILIP COLAVINCENZO ESQ<br>Acct: | 1,500.00 | 1,500.00 | 0.00 | 0.00 |
| BENJAMEN WILSON<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| BENJAMEN WILSON<br>Acct: | 8,829.27 | 8,829.27 | 0.00 | 0.00 |
| BENJAMEN WILSON<br>Acct: | 169.69 | 169.69 | 0.00 | 0.00 |
| HOPEWELL ASD & RACCOON TWP (EIT)<br>Acct: XXXXXXXXXXX3-04 | 1,469.21 | 1,469.21 | 0.00 | 1,469.21 |
| SHARP COLLECTIONS<br>Acct: XXXXXXXXXXXXXX2-04 | 0.00 | 0.00 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA D/B/A CHRY<br>Acct: XXXXXXXXXXXXCONF | 0.00 | 10,388.48 | 0.00 | 10,388.48 |
| WILMINGTON SAVINGS FUND SOCIETY FS<br>Acct: 8566 | 11.50 | 0.00 | 0.00 | 0.00 |
| | | | | 11,857.69 |
| **Unsecured** | | | | |
| DUQUESNE LIGHT COMPANY*<br>Acct: 7004 | 171.31 | 26.30 | 0.00 | 26.30 |
| ECAST SETTLEMENT CORP**<br>Acct: 1738 | 2,964.24 | 455.01 | 0.00 | 455.01 |
| BOSCOV'S<br>Acct: XXXXXXXXXXX8949 | 0.00 | 0.00 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT LLC - A<br>Acct: 0570 | 3,142.23 | 482.33 | 0.00 | 482.33 |
| PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: 2769 | 3,644.00 | 559.36 | 0.00 | 559.36 |
| CLEARVIEW FCU**<br>Acct: 5/10 | 830.40 | 127.47 | 0.00 | 127.47 |
| CLEARVIEW FCU**<br>Acct: 0/10 | 1,000.00 | 153.50 | 0.00 | 153.50 |
| CLEARVIEW FCU**<br>Acct: 80/1 | 20.81 | 3.19 | 0.00 | 3.19 |
| CLEARVIEW FCU**<br>Acct: 80/G | 4,030.85 | 618.74 | 0.00 | 618.74 |
| CLEARVIEW FCU**<br>Acct: 75/C | 4,630.75 | 710.82 | 0.00 | 710.82 |
| DISCOVER BANK(*)<br>Acct: 1095 | 2,561.89 | 393.26 | 0.00 | 393.26 |
| WORLD FINANCIAL NETWORK NB<br>Acct: 8517 | 1,649.71 | 253.23 | 0.00 | 253.23 |
| WORLD FINANCIAL NETWORK NB<br>Acct: 2103 | 1,015.23 | 155.84 | 0.00 | 155.84 |
| WELLS FARGO FINANCIAL BANK++<br>Acct: XXXXXXXXXXX4454 | 0.00 | 0.00 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP**<br>Acct: 9216 | 1,579.59 | 242.47 | 0.00 | 242.47 |
| WELLS FARGO FINANCIAL<br>Acct: XXXXX2116 | 1,710.16 | 262.51 | 0.00 | 262.51 |
| NATIONAL CAPITAL MANAGEMENT LLC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| GE CAPITAL RETAIL BANK++<br>Acct: 5767 | 0.00 | 0.00 | 0.00 | 0.00 |
| NAVIENT SOLUTIONS INC O/B/O DEPARTM<br>Acct: 5187 | 47,148.72 | 0.00 | 0.00 | 0.00 |
| ANDREW F GORNALL ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| 11-22727 GLT | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | Page 3 of 3 |
|---|---|---|

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| | | | | | 4,444.03 |

TOTAL PAID TO CREDITORS                                                                                                139,322.97

TOTAL CLAIMED
PRIORITY           1,480.71
SECURED           36,116.96
UNSECURED      76.099.89

Date: 01/24/2018

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA
ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com